■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSMAN LOPEZ, Appellant. [687 NYS2d 279] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Friedman, J.), rendered June 4, 1997, convicting him of attempted robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Santucci, Krausman and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND MACARO, Appellant. [687 NYS2d 279] —Appeal by the defendant from a judgment of the County Court, Westchester County (Leavitt, J.), rendered February 20, 1996, convicting him of murder in the second degree, manslaughter in the first degree, criminally negligent homicide, arson in the third degree, and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in a light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt on the charge of criminally negligent homicide beyond a reasonable doubt (*see, People v Rossey,* 89 NY2d 970). Further, upon the exercise of our factual review power, we are satisfied that the verdict of guilt on that charge was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The sentence imposed was neither illegal nor excessive (*see,* Penal Law § 70.25 [2]; *People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review, without merit, or do not warrant reversal of his conviction. S. Miller, J. P., O'Brien, Ritter and Santucci, JJ., concur.